[905 NE2d 605, 877 NYS2d 731]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RILEY WILLIAMS, Appellant.

Argued January 15, 2009; decided February 11, 2009

## APPEARANCES OF COUNSEL

*Lynn W.L. Fahey*, New York City, and *Jonathan Garvin* for appellant.

*Charles J. Hynes, District Attorney*, Brooklyn (*Maria Park* and *Leonard Joblove* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

We have repeatedly held that the extent to which the prosecution may use prior convictions to impeach a defendant's testimony "is 'largely, if not completely' a discretionary determination for the trial courts and fact-reviewing intermediate appellate courts, and that generally no further review by this Court is warranted" (*People v Mattiace*, 77 NY2d 269, 274 [1990], quoting *People v Shields*, 46 NY2d 764, 765 [1978]). Here, Supreme Court's *Sandoval* ruling (*People v Sandoval*, 34 NY2d 371 [1974]) permitted the People to elicit from the defendant that he had one felony conviction and 45 misdemeanor convictions, but not to go into the underlying facts or circumstances of the convictions. We conclude here, as we did in *People v Walker* (83 NY2d 455, 458 [1994]), that "the trial court might have been more discriminating," but that there is "no legal reason to upset the court's exercise of its discretion."

Acting Chief Judge CIPARICK and Judges GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Order affirmed in a memorandum.